UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 13 P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

TELE-CONS, INC. and )
MICHAEL MOISIN )
)
)
Plaintiffs, )
)
v. )
) Civ. A. No. 03-11250 RCL
)
HARMONY LIGHTING, INC., )
LIGHTS OF AMERICA, INC., )
FEIT ELECTRIC COMPANY, INC. )
TECHNICAL CONSUMER PRODUCTS, INC., )
S K AMERICA, INC. d/b/a MAXLITE, )
WESTINGHOUSE LIGHTING CORPORATION, )
GREENLITE LIGHTING CORP., )
HELIX LIGHTING CORP., )
AMERICAN TOP LIGHTING, INC., )
PHILIPS LIGHTING COMPANY, and )
PHILIPS ELECTRONICS NORTH AMERICA )
CORPORATION. )
)
Defendants. )

## MOTION AND MEMORANDUM TO EXTEND THE MARKMAN SCHEDULE

Plaintiffs Tele-Cons, Inc. and Michael Moisin hereby respectfully move the Court to Extend the existing Markman Schedule as set forth below for the reasons explained herein:

1. Defendants Harmony Lighting, Inc., Technical Consumer Products, Inc., Maxlite, Greenlite Lighting Corp., and Philips Lighting Co. and Philips Electronics North America are all unopposed to Plaintiffs' Motion. The remaining defendants have not responded to Plaintiffs' query regarding this Motion.

2. At the Settlement Conference held on May 5, 2004, the Court set a Pretrial Schedule, the relevant part of which is set forth below.

3. Plaintiffs' are currently pursuing settlement negotiations with all of the defendants, and are close to settlement with a number of the defendants.

4. Plaintiffs' counsel are currently at trial before the Honorable Judge Young in the District Court for the District of Massachusetts in the case of Nortel Networks, Inc. v. Foundry Networks, Inc., cv. 01-10442 WGY.

5. Due to the attendant time and other demands of the Nortel v. Foundry case, plaintiffs' counsel are unable to attend to both the settlement negotiations and claim construction issues as currently scheduled in this case.

6. In light of this conflict, ongoing settlement negotiations, and the parties' need to complete the claim construction process and conduct discovery, Plaintiffs, with the consent of the above listed defendants, move the Court to enter the modified schedule set forth below.

7. Plaintiffs, as well as the above listed defendants, are mindful of the need to avoid undue delay and have agreed upon the proposed modified dates carefully in a good faith effort to avoid any further changes in the schedule.

WHEREFORE, Plaintiffs respectfully move this Court for an Order modifying the current Pretrial Scheduling Order as follows:

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
|---|---|---|
| Plaintiffs to file claim construction briefs | October 15, 2004 | November 29, 2004 |
| Defendants to file claim construction briefs | November 1, 2004 | December 13, 2004 |
| Markman Hearing | December 15, 2004 | January 12, 2004 |

Respectfully submitted,

**TELE-CONS, INC. and
MICHAEL MOISIN**

Dated: October 13, 2004

By: _____
Paul J. Hayes, Esq. (BBO # 227000)
Eugene A. Feher, Esq. (BBO # 550762)
Robert R. Gilman, Esq. (BBO # 645224)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served by first class mail, postage prepaid, on October 13, 2004, on the following:

Joshua C. Krumholz
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

*Attorneys for defendant,
Harmony Lighting, Inc.*

Gary Smith
Posternak Blankstein & Lund LLP
Prudential Tower
800 Bolyston Street
Boston, MA 02199

*Attorneys for defendant,
Lights of America, Inc.*

3

David E. Lurie
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Neal L. Slifkin
Harris Beach LLP
99 Garnsey Road
Pittsford, New York 14534

*Attorneys for defendant,*
*S K America, Inc. d/b/a Maxlite*


Lawrence R. Robins
Finnegan, Henderson, Farrabow,
Garrett & Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142

*Attorneys for defendants,*
*Philips Electronics North America and*
*Philips Lighting Company*

Otto O. Lee
Intellectual Property Law Group
Old Bank of America Building
12 South First Street, 12th Floor
San Jose, CA 95113

*Attorney for defendant,*
*Bulbrite Industries, Inc.*


Steven M. Auvil
Beneshc, Friedlander,
Coplan & Aronolf LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

*Attorneys for defendant,*
*Technical Consumer*
*Products, Inc.*

Joseph R. Delmaster, Jr.
Drinker Biddle & Reath LLP
1500 K Street NW
Washington, DC 20005

*Attorneys for defendant,*
*Westinghouse Lighting Corporation*

-and-

Joel R. Leeman
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110

*Attorneys for defendants,*
*Westinghouse Lighting Corporation, Geelite Lighting Corp.,*
*and Technical Consumer Products, Inc.*

_____
James C. Hall

LIT 1437700v1

LIT 1483294v1