UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARMONY LIGHTING, INC., et al.<br><br>Defendants. | CIVIL ACTION NO. 03-11250 RCL |

## JOINT STATUS REPORT

Per the Court's December 23, 2009 Order, the parties, Tele-Cons, Inc. and Michael Moisin (collectively "Plaintiffs"), Feit Electric Company, Inc. ("Feit Electric") and Lights of America, Inc. ("LOA") (together "the parties"), hereby submit this joint report regarding the status of the case.

As indicated previously, Tele-Cons and Feit Electric have settled this matter amongst themselves and have prepared and exchanged a final settlement agreement that is in the process of being signed by the parties. Feit Electric's principals have been out of the country, traveling, and expect to have the settlement agreement executed by early next week.

Tele-Cons provided LOA with its response to LOA's most recent settlement proposal on or about December 22, 2008. LOA has considered that response and today informed Tele-Cons that it is not acceptable to LOA. LOA is considering its further response and settlement position. LOA believes that scheduling a further conference before this Court may be appropriate at this time.

ID # 578064v01/12638-3/ 02.06.2009

Dated: February 6, 2009

Respectfully submitted,

Tele-Cons, Inc. and Michael Moisin
By their attorneys,
 /s/ Robert R. Gilman
Paul J. Hayes (BBO # 227000)
Eugene A. Feher (BBO # 550762)
Robert R. Gilman (BBO # 645224)
Doris M. Fournier (BBO # 661495)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA  02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)
rgilman@mintz.com

Lights of America, Inc.
By its attorneys
 /s/  Gary W. Smith
Gary W. Smith
**POSTERNAK, BLANKSTEIN & LUND LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100 (Telephone)
(617) 367-2315 (Facsimile)
gsmith@pbl.com

Feit Electric Company, Inc.
By its attorneys
 /s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick
**DUANE MORRIS LLP**
470 Atlantic Avenue
Boston, MA 02110
(857) 488-4200 (Telephone)
(857) 488-4201 (Facsimile)
ajfitzpatrick@duanemorris.com