UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC., et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>HARMONY LIGHTING, INC., et al.<br><br>        Defendants. | CIVIL ACTION NO. 03-11250 RCL |

**STIPULATION OF DISMISSAL**

Plaintiffs Tele-Cons, Inc. and Michael Moisin (together "Tele-Cons") having filed their Amended Complaint against defendant Feit Electric Company, Inc. ("Feit") for infringement of U.S. Patent No. 5,821,699 ("the '699 patent"); Tele-Cons and Feit having compromised and settled their claims and differences, hereby stipulate to dismiss with prejudice their respective claims against each other in this action, subject to the terms of the Settlement Agreement between them, including that in any future litigation between Tele-Cons, on the one hand, and Feit Electric, on the other hand, involving an assertion of infringement of the '699 patent against a future product of Feit Electric, Feit Electric shall have the right to assert that the '699 patent is not infringed by such product, is invalid and/or is unenforceable.

Each party shall bear its own costs, fees and expenses, including its own attorneys fees.

IT IS SO ORDERED THIS _____ day of _____, 2009

                                                                                   _____
                                                                                   United States District Court Judge

Respectfully submitted,

| | |
|---|---|
| **FEIT ELECTRIC COMPANY, INC** | **TELE-CONS, INC. AND** |
| By its attorneys, | **MICHAEL MOISIN** |
| | By their attorneys, |
| /s/ Anthony J. Fitzpatrick | /s/ Robert R. Gilman |
| Anthony J. Fitzpatrick | Paul J. Hayes (BBO# 227000) |
| **DUANE MORRIS LLP** | Eugene A. Feher (BBO# 550762) |
| 470 Atlantic Avenue | Robert R. Gilman (BBO# 645224) |
| Boston, MA 02110 | **MINTZ, LEVIN, COHN, FERRIS,** |
| (857) 488-4200 (Telephone) | **GLOVSKY AND POPEO, P.C.** |
| (857) 488-4201 (Facsimile) | One Financial Center |
| ajfitzpatrick@duanemorris.com | Boston, MA 02111 |
| | (617) 542-6000 |
| | rgilman@mintz.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 18, 2009.

/s/ Robert R. Gilman
Robert R. Gilman

4569021v.1